In the Matter of the Application of RICHARD WELLING, Respondent, for an Order against WILLIAM G. FULLEN, Chairman, REUBEN L. HASKELL and LEON G. GODLEY, Members of and Constituting the Transit Commission, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [164 Misc. 456.]

In the Matter of STANLEY F. HEMLIN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (November 29, 1937.)

In the Matter of the Application of HUDSON CONTRACTING Co., INC., Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against SIGISMUND S. GOLDWATER, M. D., as Commissioner of Hospitals of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1937.
### (November 3, 1937.)

MABEL ROONEY, Respondent, v. WILLIAM F. ROONEY, Appellant.— On argument, order denying motion to dismiss complaint for lack of prosecution affirmed, without costs. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

## (November 5, 1937.)

In the Matter of the Application of WILLIAM E. HENTHORNE, Appellant, against HARRY G. KIMBALL and Others, etc., Constituting the Village Board of the Village of Bronxville, Westchester County, New York, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Probate of the Last Will and Testament of CARL MONTELIN, Also Known as CARL A. MONTELIN, Late of the County of Queens, Deceased. WILLIAM WEBB EZEQUELLE, as Executor Named in Last Will and Testament of CARL MONTELIN, etc., Deceased, Respondent; EMMANUEL ROSENSTEIN, Appellant. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL FRUTKIN, Appellant.— Motion for reargument denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

WILLIAM RAND, Respondent, v. EXECUTIVES HOLDING CORPORATION, Defendant, and FARMERS ESTATES CORPORATION, Appellant.— Motion for reargument denied, without costs. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.